Order affirmed, without costs. It must be noted, however, that the Appellate Division should have reversed solely on the law. An appeal from a determination of an administrative
 
 *844
 
 agency made after a hearing at which some evidence has boon taken raises the single issue of whether the findings are, on the entire record, supported by substantial evidence. The Appellate Division, lacking power to find new facts, may not reverse on the facts. (CPLR 7803; see
 
 Matter of Weinstein
 
 v.
 
 Board of
 
 Regents, 292 N. Y. 682;
 
 Matter of Kilgus
 
 v.
 
 Board of Estimate of City of N. 7.,
 
 308 N. Y. 620.)
 

 Concur: Chief Judge Fuld and Judges Van Voorhis, Burke, Scileppi, Bergan, Keating and Breitel.